UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMSCOT CORPORATION,                    /
a Florida Corporation,                 /
     Plaintiff,                        /
                                       /
v.                                     /
                                       /   Case No._____
BEEPERS & PHONES OF TRI-               /
COUNTY, INC., BEEPERS &                /   **COMPLAINT**
PHONES OF BRANDON, INC.,               /   **INJUNCTIVE RELIEF SOUGHT**
BEEPERS & PHONES OF                    /   **DEMAND FOR JURY TRIAL**
ALTAMONTE SPRINGS, INC.                /
Florida Corporations, and             /
RON POWNALL, an individual,           /
                                       /
     Defendants.                       /
_____/

     Plaintiff, AMSCOT CORPORATION, (hereinafter referred to as

"AMSCOT") by and through its undersigned attorneys, hereby sues

BEEPERS & PHONES OF TRI-COUNTY, INC., BEEPERS & PHONES OF

BRANDON, INC., BEEPERS & PHONES OF ALTAMONTE SPRINGS, INC.

and Ron Pownall (hereinafter collectively referred to as "BEEPERS &

PHONES") and alleges as follows:

## NATURE OF ACTION

    1.    This is an action against BEEPERS & PHONES for: (a) Unfair

Competition in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C.

§1125(a)(1)(A) and under Florida common law (Count I); and (b) Common Law Trademark Infringement (Count II).

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. § 1331 for a federal question under the laws of the United States which include the Lanham Act and 28 U.S.C. § 1338(b) for a claim of unfair competition joined by a substantial and related claim under the trademark laws of the United States. The doctrine of supplemental jurisdiction pursuant to 28 U.S.C. § 1367 is also invoked for claims arising under the common law of the State of Florida in regard to state trademark infringement and state unfair competition.

3.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

4.      Upon information and belief, the conduct of the Defendants that is the subject of this action has at all times material to this Complaint occurred, and is continuing to occur, in this district.

## PARTIES

5.      AMSCOT is a corporation organized under the laws of the State of Florida with a corporate address at: 600 N. Westshore Boulevard, 12th Floor, Tampa, Florida 33609.

6.      Defendant, BEEPERS & PHONES OF TRI-COUNTY, INC. is a corporation organized under the laws of the State of Florida, with a corporate address at: 3350 East Bay Drive, Largo, Florida  33771.

7.      Defendant, BEEPERS & PHONES OF BRANDON, INC. is a corporation organized under the laws of the State of Florida with a corporate address of 3350 East Bay Drive, Largo, Florida  33771.

8.      Defendant, BEEPERS & PHONES OF ALTAMONTE SPRINGS, INC. is a corporation organized under the laws of the State of Florida with a corporate address of 3350 East Bay Drive, Largo, Florida  33771.

9.      Defendant, Ron Pownall, is an individual who, upon information and belief, is an officer and director of Defendants, BEEPERS & PHONES OF TRI-COUNTY, INC., BEEPERS & PHONES OF BRANDON, INC. and BEEPERS & PHONES OF ALTAMONTE SPRINGS, INC. and has personally and actively participated in the torts complained of herein.

## BACKGROUND

10.      AMSCOT is the owner of a trademark consisting of a logo incorporating a blue background with a "rising sun" (hereinafter referred to as "Rising Sun Logo"), a copy of which is attached hereto as Exhibits "A",  "B" and "C", which logo has been in continuous use in this district since at least as early as October 10, 2002.

11.    BEEPERS & PHONES has recently begun using and is continuing to use a logo in its advertising for its business that is confusingly similar to and thus infringes AMSCOT's trademark rights (hereinafter referred to as the "Infringing Logo").  A representative advertisement of BEEPERS & PHONES showing their use of the Infringing Logo is depicted in Exhibits "A", "B" and "C".

## COUNT I – FEDERAL AND STATE UNFAIR COMPETITION

12.    AMSCOT realleges all of the allegations set forth hereinabove.

13.    In violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. §1125(a)(1)(A) and Florida common law, BEEPERS & PHONES has engaged in acts of unfair competition by using in commerce the Infringing Logo in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of BEEPERS & PHONES with AMSCOT, or as to the origin, sponsorship, or approval of its services.

14.    Upon information and belief, BEEPERS & PHONES's acts of unfair competition were done with the intent to damage the reputation and goodwill associated with AMSCOT'S services and otherwise harm the business interests of AMSCOT.

15.    By reason of the foregoing, AMSCOT has suffered, and is continuing to suffer, irreparable harm and damage and a loss of goodwill.

16.    AMSCOT has no adequate remedy of law.

17.    AMSCOT has suffered damages as a result of the unfair competition and, pursuant to the remedies set forth in Sections 34-36 of the Lanham Act, 15 U.S.C. §§1116-1118, is entitled to recover (1) BEEPERS & PHONES's profits, (2) any damages sustained by AMSCOT, and (3) the costs of the action and to obtain a preliminary and a permanent injunction enjoining BEEPERS & PHONES from any further use of the Infringing Logo and a destruction order mandating the destruction of all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of the BEEPERS & PHONES, bearing the Infringing Logo.  Further, under common, law, AMSCOT is entitled to recover all damages proximately caused by the unfair competition and, due to the willful nature of the unfair competition, is entitled to an award of punitive damages.

## COUNT II – COMMON LAW TRADEMARK INFRINGEMENT

18.    AMSCOT realleges all of the allegations set forth hereinabove.

19.    AMSCOT adopted and has continuously used the Rising Sun Logo for its services in Florida as a means for establishing goodwill and reputation and to identify its services rendered or offered by it and to distinguish them from other services rendered or offered by others.

20.    AMSCOT's Rising Sun Logo is a protectable service mark by virtue of its association with its services.

- 5 -

21.    In competition with AMSCOT and in the same trade area, BEEPERS & PHONES's use of the Infringing Logo has occurred in a manner that is likely to cause confusion as to the source of the services among a significant number of persons using ordinary care and prudence in the purchase of services.

22.    The infringing acts of BEEPERS & PHONES, as heretofore alleged, have been without the consent of AMSCOT.

23.    On information and belief, the acts of BEEPERS & PHONES, as heretofore alleged, have been done with the intent to deceive the public, for the purpose of misappropriation of AMSCOT'S valuable goodwill and proprietary interest in its Rising Sun Logo.

24.    AMSCOT has suffered damage to its reputation and good will and is entitled to recover its direct and indirect economic damages proximately caused by BEEPERS & PHONES's use of the Infringing Logo. Further, due to the willful nature of the trademark  infringement, AMSCOT is entitled to an award of punitive damages.

WHEREFORE, Plaintiff demands:

25.    That Defendants, their agents, employees, servants, privies, successors and assigns, and all persons acting in concert, participation or combination with Defendants, be temporarily, preliminarily, and

permanently enjoined from all acts of trademark infringement and unfair competition;

26.    That Defendants be required to pay to Plaintiff damages in a sum to be determined at trial and to account for all gains, profits and advantages derived by Defendants;

27.    That Plaintiff be awarded treble damages, reasonable attorneys' fees, and the costs and disbursements of this action;

28.    That Plaintiff be awarded punitive damages; and

29.    That Plaintiff be awarded such other, further, and different relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

_____
Stefan V. Stein
Florida Bar No. 300527
Holland & Knight LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33601-3644
Tel: 813/227-8500
Fax: 813/229-0134
Email: stefan.stein@hklaw.com
ATTORNEYS FOR PLAINTIFF
AMSCOT CORPORATION

# 2309866_v1