AMSCOT CORPORATION,        /
a Florida Corporation,         /
      Plaintiff,             /
                           /
v.                            /
                           /  Case No.:8:04-CV-2230-T27-EAJ
BEEPERS & PHONES OF TRI-  /
COUNTY, INC., BEEPERS &   /
PHONES OF BRANDON, INC.,  /
BEEPERS & PHONES OF       /
ALTAMONTE SPRINGS, INC.   /
Florida Corporations, and     /
RON POWNALL, an individual,  /
                           /
      Defendants.         /
_____/

### DECLARATION OF JOSEPH A. MONACO IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND <u>MEMORANDUM OF LAW IN SUPPORT</u>

### <u>I. Background</u>

1.    I am over the age of 21 and am competent to testify about the matters herein.

2.    I have been Vice President of Real Estate for Amscot Corporation ("Amscot Financial") since June 1, 2003.

3.    Amscot Financial is in the business of providing tax and financial services for others. The financial services include check cashing, deferred deposit transactions and money order services. Amscot Financial is also in the business of retailing pre-paid telephone cards.

4.     Amscot Financial's current and future locations are listed in Exhibit 1.

5.     Amscot Financial has over 75 locations throughout central Florida, including the Tampa Bay area. See Exhibit 2, Map of Amscot Financial's Locations.

6.     A portion of Amscot Financial's customer base consists of families and individuals who do not have a banking relationship with a conventional banking institution.  This customer base is commonly referred to as the "self-banked."  Nonetheless, the majority of Amscot Financial's customers have established bank accounts but choose to utilize the services of Amscot Financial for convenience.  Amscot Financial's self-banked customer base typically includes moderate to middle income families and individuals. The customer base also includes individuals with poor or no credit.  This year Amscot expects to complete over three billion dollars in financial transactions with over one million customers. Amscot Financial currently employs 1600 individuals.

7.     Amscot Financial provides check cashing and other services to self-banked customers who may not have a checking account and who therefore find it difficult to cash their paycheck.  Many individuals in Amscot Financial's customer base live paycheck-to-paycheck.  See Exhibit 3, Check Cashing Advertisement.

8. Should they happen to run short and need money, Amscot Financial also provides customers with an advance on their paycheck. See Exhibit 4, Payday Advance Advertisement.

9. Amscot Financial also provides tax preparation services to its customer base. The tax returns are filed electronically so that the customers receive their tax refunds as quickly as possible. See Exhibit 5, Tax Preparation Advertisement.

10. Most Amscot Financial locations sell prepaid telephone cards to their customers. The prepaid telephone cards allow its customers to make long distance telephone calls even though they may not otherwise have long distance phone service due to credit problems. See Exhibit 6, Advertisements for Pre-Paid Minutes.

11. Amscot Financial's marketing plan to target self-banked customers is best exemplified by its slogan "YOU'RE OK WITH US!" See Exhibit 7, In-Store Advertisement.

12. Amscot Financial has registered its corporate name "Amscot" with the U.S. Patent and Trademark Office. See Exhibit 8, U.S. Trademark Registration 2,889,003.

**II. Amscot Financial's Adoption and Use of the Rising Sun Logo**

13. Amscot Financial's logo consists of a depiction of a yellow sun rising into a blue sky (hereinafter "rising sun" logo). The rising sun logo appears as follows:



14.     Amscot Financial has applied to register the rising sun logo with the U.S. Patent and Trademark Office.  See Exhibit 9, U.S. Trademark Application Serial Number 78/482,410.

15.     As reflected in the registration application, the rising sun logo was first used in commerce on October 10, 2002.

16.     Since October 10, 2002, Amscot Financial has consistently used the rising sun logo in all its new locations and has actively been converting existing locations to use the rising sun logo.

17.     Specifically, Amscot Financial has incorporated the rising sun logo into its television advertising, print advertising, display advertising and outdoor advertising.  See Exhibit 10, Stills from Various Television Advertisements; Exhibit 11, Print Advertisement; Exhibit 12, Photograph of Billboard Advertisement (adjacent a Beepers and Phones' Billboard).

18.     Amscot Financial has also incorporated the rising sun logo into the outdoor awnings of its new locations opened since October 10, 2002, as well as into the interior layout and graphics of the locations.[1]    See Exhibit 13, Photographs of Outdoor Awnings; Exhibit 7.

---

[1] In some locations, local municipal sign ordinances preclude the use of the rising sun logo on Amscot's awnings.  Nonetheless, new Amscot Financial locations employ the awning whenever permitted.

19.     In some situations, the rising sun logo is used by itself as a stand-alone logo.  See Exhibit 14, Photograph of Outdoor Awning.

20.     Other uses of the rising sun logo include the corporate name "Amscot" imprinted over the center of the logo.  See Exhibit 13.

21.     The rising sun logo has been used on advertisements for prepaid telephone cards.  See Exhibit 6.

22.     The rising sun logo has universally been incorporated into Amscot Financial's corporate theme and image and is used throughout all stores, even appearing on trash cans!  See Exhibit 15, In-store Photograph.

23.     Extensive advertising dollars have been spent to promote Amscot Financial's rising sun logo.

24.     In the past year alone, Amscot Financial has had approximately 200 billboard locations on a rotating basis.  The overall market reach is 100%.

25.     Amscot Financial's television advertising reaches 90% of the age group of 18-49 twelve times a year.  See Exhibit 16, Summary of Amscot Financial's 2004 TV Campaign; Exhibit 10.

26.     Amscot Financial will spend $3,149,961 during the current fiscal year for advertising using the rising sun logo.

27.     Amscot Financial spent $2,328,029 for fiscal year 2004, $1,900,849 in fiscal year 2003, and $1,334,088 in fiscal year 2002 in advertising using the rising sun logo.

### III. Beepers and Phone's Infringing Logo

28. The older non-infringing logo of Beepers & Phones consisted of the words "Beepers & Phones" outlined in red and imprinted over a blue background, to wit:



29. True and accurate photographs of older non-infringing outdoor signage of various Beepers & Phones locations are collectively attached as Exhibit 17.

30. Like Amscot Financial, Beepers & Phones sells prepaid telephone cards. See Exhibit 18, Advertisement for Pre-Paid Telephone Service.

31. As shown in Exhibit 19, the older non-infringing outdoor signage of Beepers & Phones is consistent with Beepers & Phones' web page.

32. The newly-adopted Beepers & Phones' infringing logo is used on Beepers & Phones' outdoor awnings of its locations and consists of a rising sun imprinted on a blue background, to wit:





33.    Beepers & Phones has recently opened one of its stores using the infringing logo immediately adjacent to a pre-existing Amscot Financial location, to wit:



34. Beepers & Phones has also recently opened one of its stores just down the street from a pre-existing Amscot Financial location, to wit:





35. Amscot Financial and Beepers & Phones advertise in the same media such as billboards in close proximity to each other. <u>See</u> Exhibit 12.

36. True and accurate photographs of other recent infringing outdoor signage of various Beepers & Phones locations are attached as Exhibit 20.

I certify under penalty of perjury that I have read the foregoing declaration consisting of thirty-six (36) numbered paragraphs and that it is true and correct to the best of my knowledge, information, and belief.

Joseph A. Monaco

Date: 11/8/04

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 8, 2004, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following: Sean K. McQuaid, Esquire, Aubrey O. Dicus, Esquire, Battaglia, Ross, Dicus & Wein, P.A., 980 Tyrone Boulevard, P.O. Box 41100, St. Petersburg, Florida 33743.

Michael J. Colitz, III

## EXHIBITS TO DECLARATION OF JOSEPH A. MONACO

Exhibit 1:   Listing of current and future Amscot locations.

Exhibit 2:   Map of Amscot locations.

Exhibit 3:   Check cashing advertisement.

Exhibit 4:   Payday advance advertisement.

Exhibit 5:   Tax preparation advertisement.

Exhibit 6:   Pre-paid phone service advertisement.

Exhibit 7:   In-store advertisement.

Exhibit 8:   U.S. Trademark Registration No. 2,889,003.

Exhibit 9:   U.S. Trademark Application Serial Number 78/482,410.

Exhibit 10: Stills from various Amscot television advertisements.

Exhibit 11: Print advertisement employing rising sun logo.

Exhibit 12: Photographs of adjacent billboards.

Exhibit 13: Photographs of Amscot's outdoor awnings.

Exhibit 14: Photograph of awnings displaying only rising sun logo.

Exhibit 15: Photograph of in-store advertising.

Exhibit 16: Summary of Amscot's 2004 advertising campaign.

Exhibit 17: Beepers & Phones older outdoor awnings.

Exhibit 18: Beepers & Phones' advertisement for pre-paid phone service.

Exhibit 19: Beepers & Phones' website advertising.

Exhibit 20: Beepers & Phones' new awnings.

![AMSCOT logo]

| BRANCH | BRANCH NAME | ADDRESS | CITY | STATE | ZIP | HOURS | PHONE | EXT | FAX |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BROADWAY | 4806 E BROADWAY | TAMPA | FL | 33605 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-248-4140 | | 813-248-4540 |
| 2 | FLETCHER | 1502 E FLETCHER | TAMPA | FL | 33612 | 24 HOURS | 813-971-8304 | | 813-977-2587 |
| 3 | WEST HILLSBOROUGH | 3904 W HILLSBOROUGH | TAMPA | FL | 33614 | M-SAT 7AM-10PM, SUN 10AM-8PM | 813-414-9302 | | 813-414-0272 |
| 4 | ARMENIA & WATERS | 8430 N ARMENIA | TAMPA | FL | 33604 | M-SAT 7AM-10PM, SUN 10AM-8PM | 813-932-4339 | | 813-915-9114 |
| 5 | EAST BAY & BELCHER | 4100 EAST BAY DR | CLEARWATER | FL | 33764 | M-SAT 7AM-10PM, SUN 10AM-8PM | 727-533-0006 | | 727-531-3344 |
| 6 | US 19 - COUNTRYSIDE | 29101 US HWY 19 N | CLEARWATER | FL | 33761 | M-SAT 7AM-10PM, SUN 10AM-8PM | 727-787-6550 | | 727-787-6682 |
| 7 | BRADENTON-1ST STREET EAST | 3611 1ST ST EAST | BRADENTON | FL | 34208 | 24 HOURS | 941-746-7434 | EXT 3143 | 941-744-9301 |
| 8 | 3333 TAMIAMI TRAIL | 3333 N TAMIAMI TRAIL | SARASOTA | FL | 34234 | M-SAT 7AM-9PM, SUN 10AM-8PM | 941-358-0215 | | 941-358-9598 |
| 9 | TEMPLE TERRACE | 8808 N 56TH ST | TEMPLE TERRACE | FL | 33617 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-988-0035 | | 813-988-1766 |
| 10 | SOUTH DALE MABRY | 722 S DALE MABRY | TAMPA | FL | 33609 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-871-6765 | | 813-871-6776 |
| 11 | BAHIA VISTA | 1155 S TAMIAMI TRAIL | SARASOTA | FL | 34236 | M-SAT 7AM-9PM, SUN 10AM-8PM | 941-330-0880 | | 941-330-0882 |
| 12 | 901 BRANDON BLVD | 901 W BRANDON BLVD | BRANDON | FL | 33511 | 24 HOURS | 813-662-9715 | | 813-661-6430 |
| 13 | LAND O LAKES | 21621 VILLAGE LAKES | LAND O LAKES | FL | 34639 | M-SAT 7AM-10PM, SUN 10AM-8PM | 813-948-7200 | | 813-948-7202 |
| 14 | SOUTH FLORIDA | 2532 S FLORIDA AVE | LAKELAND | FL | 33803 | M-SAT 7AM-10PM, SUN 10AM-8PM | 863-647-1766 | | 863-709-0111 |
| 15 | PLANT CITY | 105 W ALEXANDER ST | PLANT CITY | FL | 33567 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-754-4733 | EXT 3100 | 813-717-7883 |
| 16 | 3738 CENTRAL | 3738 CENTRAL AVE | ST PETERSBURG | FL | 33713 | M-SAT 7AM-10PM, SUN 10AM-8PM | 727-329-0834 | | 727-329-7935 |
| 17 | 4290 PARK BLVD | 4290 PARK BLVD | PINELLAS PARK | FL | 33781 | M-SUN 7AM-MIDNIGHT | 727-541-3326 | | 727-544-8933 |
| 18 | E HILLSBROUGH & 22ND | 2204 E HILLSBOROUGH | TAMPA | FL | 33610 | 24 HOURS | 813-237-2144 | EXT 3121 | 813-231-0163 |
| 19 | HOLIDAY | 3416 US HWY 19 NORTH | HOLIDAY | FL | 34691 | 24 HOURS | 727-844-7211 | | 727-816-3941 |
| 20 | FLORIDA & WATERS | 8409 N FLORIDA AVE | TAMPA | FL | 33604 | 24 HOURS | 813-915-1553 | | 813-933-4543 |
| 21 | GANDY | 4481 GANDY BLVD | TAMPA | FL | 33611 | M-SAT 7AM-10PM, SUN 10AM-8PM | 813-835-0735 | | 813-839-1766 |
| 22 | 34TH ST NORTH | 1300A 34TH ST N | ST PETERSBURG | FL | 33713 | M-SUN 7AM-MIDNIGHT | 727-327-8755 | | 727-327-8556 |
| 23 | WASHINGTON | 560 N WASHINGTN BLVD | SARASOTA | FL | 34236 | M-SAT 7AM-11PM, SUN 10AM-8PM | 941-955-3561 | | 941-957-1968 |
| 24 | GULF TO BAY | 1825 GULF TO BAY | CLEARWATER | FL | 33765 | 24 HOURS | 727-447-9393 | | 727-447-9696 |
| 25 | MEMORIAL | 614 E MEMORIAL BLVD | LAKELAND | FL | 33801 | 24 HOURS | 863-683-9846 | | 863-688-4938 |
| 26 | PORT RICHEY | 9304/9324 US HWY 19 N | PORT RICHEY | FL | 34668 | 24 HOURS | 727-843-9298 | | 727-843-9248 |
| 27 | WATERS & HANLEY | 7520 W WATERS AVE | TAMPA | FL | 33615 | M-SAT 7AM-MIDNIGHT, SUN 10AM-8PM | 813-901-5153 | | 813-901-5142 |
| 28 | LAKELAND-US 98 | 4314 US HWY 98 NORTH | LAKELAND | FL | 33809 | M-SAT 7AM-10PM, SUN 10AM-8PM | 863-815-3333 | | 863-815-3352 |
| 29 | FOWLER | 2301 FOWLER AVE | TAMPA | FL | 33612 | M-SAT 7AM-10PM, SUN 10AM-8PM | 813-558-8500 | | 813-558-8501 |
| 30 | 34TH ST SOUTH | 2551 34TH ST S | ST PETERSBURG | FL | 33711 | 24 HOURS | 727-328-8700 | | 727-328-8502 |
| 31 | PARK & 66TH | 6596 PARK BLVD | PINELLAS PARK | FL | 33781 | 24 HOURS | 727-546-9300 | | 727-549-1736 |
| 32 | BUSCH & 50TH | 5002 E BUSCH BLVD | TAMPA | FL | 33617 | M-SAT 7AM-11PM, SUN 10AM-8PM | 813-988-9700 | | 813-985-9701 |
| 33 | NORTH MISSOURI | 1001 N MISSOURI AVE | LARGO | FL | 33770 | M-SAT 7AM-MIDNIGHT, SUN 10AM-8PM | 727-584-9700 | | 727-584-9712 |
| 34 | TYRONE | 3951 TYRONE BLVD | ST PETERSBURG | FL | 33709 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-347-8800 | | 727-347-8820 |
| 35 | ARMENIA & TAMPA BAY | 4061 N ARMENIA | TAMPA | FL | 33607 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-873-8494 | | 813-873-8414 |
| 36 | PALMETTO | 737 8TH AVE W | PALMETTO | FL | 34221 | M-SAT 7AM-9PM, SUN 10AM-8PM | 941-729-0093 | EXT 5401 | 941-721-8965 |
| 37 | BROOKSVILLE | 19422 CORTEZ BLVD | BROOKSVILLE | FL | 34601 | M-SAT 7AM-10PM, SUN 10AM-8PM | 352-797-9898 | | 352-797-7868 |
| 38 | 4TH ST NORTH | 6745 4TH ST NORTH | ST PETERSBURG | FL | 33702 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-525-4466 | EXT 3033 | 727-521-0458 |
| 39 | SPRINGHILL | 11148 SPRINGHILL DR | SPRINGHILL | FL | 34609 | 24 HOURS | 352-683-9799 | | 352-683-9744 |
| 40 | CENTRAL & PASADENA | 6800 CENTRAL AVE | ST PETERSBURG | FL | 33707 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-345-2155 | EXT 3022 | 727-341-5128 |
| 41 | BEE RIDGE & MACINTOSH | 4206 BEE RIDGE RD | SARASOTA | FL | 34233 | M-SAT 7AM-10PM, SUN 10AM-8PM | 941-342-8833 | | 941-342-8833 |
| 42 | 2114 BRANDON BLVD | 2114 BRANDON BLVD | BRANDON | FL | 33511 | M-SAT 7AM-10PM, SUN 10AM-8PM | 813-662-0494 | | 813-684-4131 |
| 43 | VALRICO RD | 2022 E SR 60 | VAL RICO | FL | 33594 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-689-6050 | EXT 3187 | 813-689-6522 |
| 44 | E HILLS & 56TH | 5607 E HILLSBOROUGH | TAMPA | FL | 33610 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-626-6858 | EXT 3000 | 813-664-1485 |
| 45 | AVON PARK | 828 US HWY 27 S | AVON PARK | FL | 33825 | M-SAT 7AM-9PM, SUN 10AM-8PM | 800-801-4444 | EXT 3044 | 863-784-4075 |
| 46 | ANDERSON RD | 9501 ANDERSON RD | TAMPA | FL | 33615 | | 800-801-4444 | | |
| 47 | N HMES | 2922 N HMES AVE | TAMPA | FL | 33607 | M-SAT 7AM-10PM, SUN 10AM-8PM | 813-870-1040 | EXT 3220 | 813-870-3136 |
| 48 | 50TH ST | 1702 N 50TH ST | TAMPA | FL | 33619 | | 800-801-4444 | | |
| 49 | STARKEY RD | 11156 STARKEY RD | LARGO | FL | 33773 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-398-4531 | EXT 5264 | 727-398-0078 |
| 50 | 5900 S TAMIAMI TRAIL | 5900A S TAMIAMI TRAIL | SARASOTA | FL | 34231 | M-SAT 7AM-9PM, SUN 10AM-8PM | 941-922-3626 | EXT 3066 | 941-924-6480 |
| 51 | SEMINOLE BLVD | 11821 SEMINOLE BLVD | LARGO | FL | 33778 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-398-4770 | EXT 3242 | 727-397-2170 |
| 52 | 9910 LITTLE RD | 9910 LITTLE RD | NEW PORT RICHEY | FL | 34654 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-869-2600 | EXT 3374 | 727-863-2554 |
| 53 | CENTRAL & 34TH ST | 3266 CENTRAL AVE | ST PETERSBURG | FL | 33712 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-321-8777 | EXT 3110 | 727-327-5084 |
| 54 | N DALE MABRY & HUDSON | 11209 N DALE MABRY | TAMPA | FL | 33618 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-963-3033 | EXT 3011 | 813-264-1168 |
| 55 | SEFFNER | 11240 MLK BLVD | SEFFNER | FL | 33584 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-685-7166 | EXT 3154 | 813-651-3844 |
| 56 | ZEPHYRHILLS | 7707 GALL BLVD | ZEPHYRHILLS | FL | 33541 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-783-8180 | EXT 3077 | 813-715-4335 |
| 57 | SHELDON & WATERS | 8325 SHELDON RD | TAMPA | FL | 33615 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-889-7788 | EXT 3308 | 813-885-7404 |
| 58 | ONECO | 1416 51ST AVE E | BRADENTON | FL | 34203 | M-SAT 7AM-9PM, SUN 10AM-8PM | 941-755-8812 | EXT 3088 | 941-753-0601 |
| 59 | SOUTH MISSOURI | 922 S MISSOURI AVE | CLEARWATER | FL | 33756 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-447-3130 | EXT 3198 | 727-447-3369 |
| 60 | 8605 LITTLE RD | 8605 LITTLE RD | NEW PORT RICHEY | FL | 34654 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-843-8540 | EXT 3363 | 727-843-8550 |
| 61 | CASEY & GUNN | 11010 CASEY RD | TAMPA | FL | 33618 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-968-4840 | EXT 3209 | 813-968-4852 |
| 62 | 4100 LITTLE RD | 4100 LITTLE RD | NEW PORT RICHEY | FL | 34655 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-376-4425 | EXT 3352 | 727-376-4805 |
| 63 | WEST HILLS & WEBB | 8231 W HILLSBOROUGH | TAMPA | FL | 33615 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-888-5518 | EXT 3033 | 813-888-6152 |
| 64 | CORTEZ & 26TH | 2708 CORTEZ RD | BRADENTON | FL | 34210 | M-SAT 7AM-9PM, SUN 10AM-8PM | 941-755-9545 | EXT 3176 | 941-752-1468 |
| 65 | KIRKMAN & METROWEST | 2422 S KIRKMAN RD | ORLANDO | FL | 32811 | M-SAT 7AM-9PM, SUN 10AM-8PM | 407-521-9021 | EXT 3275 | 407-521-9280 |
| 66 | MANATEE & 34TH | 3400 W MANATEE AVE | BRADENTON | FL | 34205 | M-SAT 7AM-9PM, SUN 10AM-8PM | 941-747-6766 | EXT 3203 | 941-749-8252 |
| 67 | BARTOW | 250 E VAN FLEET DR | BARTOW | FL | 33830 | M-SAT 7AM-9PM, SUN 10AM-8PM | 863-533-2777 | EXT 3132 | 863-519-0424 |
| 68 | GUNN & HENDERSON | 6106 GUNN HWY | TAMPA | FL | 33625 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-962-4420 | EXT 3319 | 813-964-5252 |
| 69 | SEBRING | 1203 US HWY 27 N | SEBRING | FL | 33870 | M-SAT 7AM-9PM, SUN 10AM-8PM | 863-385-3030 | EXT 3185 | 863-385-5004 |
| 70 | SEMORAN & E COLONIAL | 939 N SEMORAN BLVD | ORLANDO | FL | 32807 | M-SAT 7AM-9PM, SUN 10AM-8PM | 407-382-3146 | EXT 3285 | 407-382-3948 |
| 71 | BLOOMINGDALE & PROVIDENCE | 10803/05 BLOOMINGDALE AV | BRANDON | FL | 33511 | M-SAT 7AM-9PM, SUN 10AM-8PM | 813-684-8831 | EXT 3231 | 813-684-5512 |
| 72 | FOREST CITY & MAITLAND BLVD | FOREST CITY RD | ALTAMONTE SPRINGS | FL | 32714 | | 800-801-4444 | | |
| 73 | WINTER HAVEN | 111 CYPRESS GARDENS BLV | WINTER HAVEN | FL | 33880 | M-SAT 7AM-9PM, SUN 10AM-8PM | 863-291-6155 | EXT 3330 | 863-291-6160 |
| 74 | SEMORAN & CURRY FORD | 1884 S SEMORAN BLVD | ORLANDO | FL | 32822 | M-SAT 7AM-9PM, SUN 10AM-8PM | 407-382-0135 | EXT 3297 | 407-382-0521 |
| 75 | US 19 - PINELLAS PARK | 11141 US HWY 19 STE 408 | CLEARWATER | FL | 33764 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-573-1744 | EXT 3341 | 727-573-4021 |
| 76 | AUBURNDALE | 2120 W HWY 92 | AUBURNDALE | FL | 33823 | | 800-801-4444 | | |
| 77 | COLONIAL & MURDOCK | 10607 E COLONIAL | ORLANDO | FL | 32817 | | 800-801-4444 | | |
| 78 | PALM RIVER & 78TH | PALM RIVER RD | TAMPA | FL | 33619 | | 800-801-4444 | | |
| 79 | BROOKSVILLE CORTEZ | CORTEZ BLVD & MARINER | BROOKSVILLE | FL | 34613 | | 800-801-4444 | | |
| 80 | CHICKASAW & CURRY FORD | 2100 CHICKASAW TRAIL | ORLANDO | FL | 32825 | M-SAT 7AM-9PM, SUN 10AM-8PM | 404-277-1822 | EXT 3389 | 407-277-1484 |
| 81 | 62ND AVE & 9TH ST | 901 62ND AVE S | ST PETERSBURG | FL | 33705 | M-SAT 7AM-9PM, SUN 10AM-8PM | 727-865-6199 | EXT 3396 | 727-865-6233 |
| 82 | SEMORAN & HOFFNER | 5691 SEMORAN BLVD | ORLANDO | FL | 32822 | | 800-801-4444 | | |
| 83 | COLONIAL & JOHN YOUNG PKWY | W COLONIAL PKWY | ORLANDO | FL | 32801 | | 800-801-4444 | | |
| 84 | KENNEDY & BREVARD | 609 W KENNEDY BLVD | TAMPA | FL | 33606 | | 800-801-4444 | | |
| 85 | US 19 & SR 52 | 11932 US HWY 19 N | PORT RICHEY | FL | 34668 | | 800-801-4444 | | |
| 86 | WAUCHULA | US HWY 17 N & E REA RD | WAUCHULA | FL | 33873 | | 800-801-4444 | | |
| 87 | VINE & JOHN YOUNG PARKWAY | 1120 W VINE ST | KISSIMMEE | FL | 34741 | | 800-801-4444 | | |
| 88 | ARMENIA & SLIGH | 6901 N ARMENIA | TAMPA | FL | 33604 | | 800-801-4444 | | |
| 89 | 14TH ST W & BAYSHORE GARDENS | 6148 14T ST W | BRADENTON | FL | 34207 | | 800-801-4444 | | |
| 90 | CURRY FORD & CRYSTAL LAKE | 3200 CURRY FORD RD | ORLANDO | FL | 32806 | | 800-801-4444 | | |
| 91 | FOREST OAKS & US 19 | 7150 FOREST OAKS BLVD | SPRINGHILL | FL | 34606 | | 800-801-4444 | | |
| 92 | ST JOHNS PARKWAY | ST JOHNS PARKWAY | SANDFORD | FL | 32771 | | 800-801-4444 | | |
| 93 | TAMPA RD & FOREST LAKE | OLYMPIA PLAZA | OLDSMAR | FL | 34677 | | 800-801-4444 | | |
| 94 | FLETCHER & FLORIDA | W FLETCHER AVE | TAMPA | FL | 33612 | | 800-801-4444 | | |
| 95 | CURRY FORD & CONWAY | 4207 CURRY FORD RD | ORLANDO | FL | 32806 | | 800-801-4444 | | |
| 96 | SEMINOLE AND PARK | 7200 SEMINOLE BLVD | SEMINOLE | FL | 33772 | | 800-801-4444 | | |
| 97 | DALE MABRY & LEMMON | 716 N DALE MABRY | TAMPA | FL | 33609 | | 800-801-4444 | | |
| 98 | ORANGE & HOFFNER | 5617 S ORANGE AVE | EDGEWOOD | FL | 32809 | | 800-801-4444 | | |
| 99 | HWY 27 & CHALET SUZANNE | US HWY 27 | LAKE WALES | FL | 33859 | | 800-801-4444 | | |
| 100 | COLONIAL & ALAFAYA | 11803 E COLONIAL DR | ORLANDO | FL | 32826 | | 800-801-4444 | | |
| 101 | COLONIAL & PINE HILLS | 4596 W COLONIAL DR | ORLANDO | FL | 32808 | | 800-801-4444 | | |

| Home Office Mailing Address P.O. Box 25137 Tampa, Fl 33622-5137 Phone: (813)637-6100 Fax : (813)637-6260 | Home Office: 600 N Westshore Blvd Ste 1200 Tampa, Fl 33609-1117 Phone: (813)637-6100 Fax :(813)637-6260 | Distribution Center: 4920 W Cypress St Ste 105 Tampa, Fl 33607-3844 Phone: (813)637-6100 Fax: (813)281-2516 | 8/31/04 |

# EXHIBIT 1


© 2001 Microsoft Corp. All rights reserved.

**EXHIBIT 2**



**EXHIBIT 3**



**EXHIBIT 4**



Nobody Gets Your Tax Money

**FASTER!**

Here are FIVE ways you can get more tax money this year:

1. If you are married and file jointly you can earn more money and still quilify for the Earned Income Tax Credit.
2. Non-cash benefits, such as health insurance and 401k contributions, no longer count against your Earned Income Tax Credit.
3. A foster child only has to live with you for six months rather than the entire year to be claimed as your dependant.
4. If someone in your household earns more than you, this will no longer count against your Earned Income Tax Credit.
5. If you applied for a one-day Refund Anticipation Loan last year, but didn't qualify and received your money in 10 to 14 days instead, you will qualify this year to receive up to $1,500 of your tax money in one day through a Refund Anticipation Loan.

Speak with our Tax Consutltants for your FREE consultation.



**AMSCOT**

T A X   S E R V I C E

For more information:
1 800-801-4444

**EXHIBIT 5**



**EXHIBIT 6**



**EXHIBIT 7**

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | AMSCOT |
| **Goods and Services** | IC 035. US 100 101 102. G & S: TAX PREPARATION SERVICES. FIRST USE: 19890630. FIRST USE IN COMMERCE: 19890630 |
| | IC 036. US 100 101 102. G & S: financial services for others, namely, check cashing, deferred deposit transaction and money order services. FIRST USE: 19890630. FIRST USE IN COMMERCE: 19890630 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78233274 |
| **Filing Date** | April 2, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 6, 2004 |
| **Registration Number** | **2889003** |
| **Registration Date** | September 28, 2004 |
| **Owner** | (REGISTRANT) Amscot Corporation CORPORATION FLORIDA 12th Floor 600 N. Westshore Blvd Tampa FLORIDA 33609 |
| **Attorney of Record** | Stefan V. Stein |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT 8**



| | |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: financial services for others, namely check cashing, deferred deposit transactions and money order services. FIRST USE: 20021010. FIRST USE IN COMMERCE: 20021010 |
| | IC 035. US 100 101 102. G & S: tax preparation services. FIRST USE: 20021010. FIRST USE IN COMMERCE: 20021010 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 261102 261112 |
| **Serial Number** | **78482410** |
| **Filing Date** | September 13, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Amscot Corporation CORPORATION FLORIDA 600 N Westshore Blvd Suite 1200 Tampa FLORIDA 33606 |
| **Attorney of Record** | Stefan V. Stein |
| **Description of Mark** | The color(s) 3M Bright Yellow (PMS 109)for the representation of the sun and 3M Sultan Blue for the representation of the sky above the sun is/are claimed as a feature of the mark. The mark consists of 3M Bright Yellow (PMS 109)for the representation of the sun and 3M Sultan Blue for the representation of the sky above the sun. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT 9**









**EXHIBIT 10**



**EXHIBIT** 11





**EXHIBIT 12**





**EXHIBIT 13**



**EXHIBIT 14**



**EXHIBIT 15**

**Amscot**
**2004 TV Campaign**
**Traffic Instructions**

**English Spots**

| Title | Code | Length |
|---|---|---|
| Check Cashing – Fence | 40642-A | :15 |
| Check Cashing – Pen | 40642-B | :15 |
| Check Cashing – Calendar | 40642-C | :15 |
| Money Orders – "Why Pay" | 40643-A | :15 |
| Money Orders – Comparison | 40643-B | :15 |
| Payday Advance – Workman's Comp | 40644-A | :15 |
| Payday Advance – Answering Machine | 40644-B | :15 |
| Payday Advance – Cast | 40644-C | :15 |
| Brand – "Don't Leave" | 40642-D | :30 |

**Spanish Spots**

| Title | Code | Length |
|---|---|---|
| Check Cashing – Fence | SP40642-A | :15 |
| Check Cashing – Pen | SP40642-B | :15 |
| Check Cashing – Calendar | SP40642-C | :15 |
| Money Orders – Comparison | SP40643-A | :15 |
| Payday Advance – Answering Machine | SP40644-A | :15 |
| Payday Advance – Cast | SP40644-B | :15 |

EXHIBIT 16





**EXHIBIT 17**



**EXHIBIT 18**

# BEEPERS 'N PHONES INC.

*"YOUR WIRELESS COMMUNICATIONS SUPERSTORE"*

HOME | T-MOBILE PHONES | T-MOBILE PLANS | SPRINT PHONES | SPRINT PLANS | CAREERS | CONTACT | LINKS

Check Out Some Of Our Awesome Deals From These Fine Services!

**T··Mobile·**

**Sprint.**
One Sprint. Many Solutions.

## Visit Our Location Closest To You Today!

**PINELLAS PARK • 4250 PARK BLVD**...........(727)541-7243
(Corner of 43rd Street Next to Home Depot)     SEE MAP

**ST.PETERSBURG • 5008 34TH ST. S**.............(727)867-9464
(4 Blocks North of 54th Ave.)     SEE MAP

**ST.PETERSBURG • 9315 4TH ST. N**...............(727)570-8000
(Corner of 94th Ave. Next to Subway)     SEE MAP

**LARGO/SEMINOLE • 13002 SEMINOLE BLVD**(727)570-8000
(1Block South of Ulmerton Next to Twedts Bowling) SEE MAP

**PINELLAS PARK • 10361 66th St N**...............(727)549-9100
(In Winn Dixie Plaza @ 102nd Ave & 66th St.)     SEE MAP

**NORTH TAMPA • 14308 N. DALE MABRY HWY**(813)269-1500
(1/2 Mi. South of Ehrlich Rd Next to Chucky Cheese)SEE MAP

**TAMPA/INTL. MALL** (Near Nordstrom) ...........(813)269-1500
(Next to Tampa Airport at Westshore and Boyscout)SEE MAP

**SOUTH TAMPA • 3510 S. DALE MABRY HWY**...(813)902-8822
(1 Mi. North of Gandy Blvd. Across from McDonalds) SEE MAP

**GRAND OPENING!** SEE MAP
**CLEARWATER • 18370 US HIGHWAY 19 N.**(727)535-0088

### *Guaranteed Approval!*

HOME | SPRINT PHONES | SPRINT PLANS | TMOBILE PHONES | TMOBILE PLANS | CAREERS | CONTACT | LINKS

All Rights Reserved © Beepers N' Phones, Inc.          admin          Developed By WWW.WorldWebVisions.com

http://www.beepersnphones.com/                                          11/5/2004

**EXHIBIT 19**






**EXHIBIT 20**