UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMSCOT CORPORATION,
a Florida corporation,

    Plaintiff,

v.                                  CASE NO. 8:04-cv-2230-T27-EAJ

BEEPERS & PHONES OF TRI-
COUNTY, INC., BEEPERS &
PHONES OF BRANDON, INC.,
BEEPERS & PHONES OF
ALTAMONTE SPRINGS, INC.,
Florida corporations, and
RON POWNALL, an individual,

    Defendants.
_____/

## **MEDIATION REPORT**

In accordance with the court's mediation order, a mediation conference was held on March 31, 2005, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__        All individual parties and their respective trial counsel.

    _____        Designated corporate representatives.

    _____        Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

    (c)    The outcome of the mediation conference was:

__ _ __    <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____

__ _ __    <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

__X__    <u>The parties have reached an impasse</u>.

Done this <u>31st</u> day of <u>March</u>, 2005, in Tampa, Florida.

<u>/s/ Guy W. Spicola</u>
GUY W. SPICOLA, Mediator
Florida Bar No. 076636
Suite 100
3111 W. Martin Luther King Jr. Blvd.
Tampa, FL 33607
(813) 350-7959 phone
(813) 269-5767 fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2005, I electronically filed the foregoing with the Clerk of the Court by using the EM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Michael J. Colitz, III, Esq. | Sean K. McQuaid, Esq. |
| Stefan V. Stein, Esq. | Aubrey O. Dicus, Esq. |
| Holland & Knight LLP | Battaglia Ross Dicus & Wein, P.A. |
| Suite 4100 | P.O. Box 41100 |
| 100 N. Tampa Street | St. Petersburg, FL 33743 |
| Tampa, FL 33602-3644 | |

G. Wrede Kirkpatrick, Esq.
Bradford A. Patrick, Esq.
G. Donovan Conwell, Jr., Esq.
Richard G. Salazar, Esq.
Fowler White Boggs Banker, P.A.
P.O. Box 1438
Tampa, FL 33601

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

No manual recipients

_____/S/ Guy W. Spicola_____
GUY W. SPICOLA, Mediator